UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRIANNA PARKER,                       ) | |
| )  | |
| Plaintiff,                                      ) | |
| )                                                  | CIVIL ACTION NO. |
| VS.                                                 ) | |
| )                                                  | 3:15-CV-2528-G |
| BILL MELTON TRUCKING, INC. and ) | |
| FRANKIE THACKER, as the          ) | |
| Representative of the Estate of Charles ) | |
| Edward Thacker,                            ) | |
| )                                                  | |
| Defendants.                                ) | |

### FINAL JUDGMENT

On February 27, 2017, the court called this case to trial. The plaintiff, Brianna Parker ("Parker"), and the defendants, Bill Melton Trucking, Inc. ("Melton Trucking") and Frankie Thacker as Representative of the Estate of Charles Edward Thacker ("Thacker"), appeared in person or through their attorneys of record and announced ready for trial. The court determined that it had jurisdiction over the subject matter and the parties to this proceeding. The court then impaneled and swore the jury, which heard the evidence and arguments of counsel. The court submitted

questions, definitions, and instructions. In response, the jury made findings that the court received, filed, and entered on record.

As part of its verdict, the jury found that the negligence of Melton Trucking, Thacker, and responsible third party Darr Equipment Co. ("Darr") proximately caused the occurrence or injury in question. Jurors attributed thirty percent of the responsibility to Melton Trucking, ten percent of the responsibility to Thacker, and sixty percent of the responsibility to Darr. The jury did not find that either of the defendants was liable for gross negligence.

The court now renders judgment for Parker based upon the jury's verdict and incorporates the jury's findings for the purposes of this judgment. It is therefore **ORDERED, ADJUDGED** and **DECREED** that, based on the jury's findings and the evidence presented at trial, final judgment is rendered in favor of Parker on Parker's negligence claim. The jury awarded Parker $110,000 in compensatory damages. Pursuant to the jury's allocation of responsibility, Parker shall recover $11,000 from Thacker and $33,000 from Melton Trucking, with interest at the legal rate, and all costs of court, for which execution may issue if not timely paid.

This is a final judgment.

March 3, 2017.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**