IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 17-10447

D.C. Docket No. 3:15-CV-2528

United States Court of Appeals
Fifth Circuit

**FILED**
March 22, 2018

Lyle W. Cayce
Clerk

BRIANNA PARKER,

    Plaintiff - Appellant

v.

BILL MELTON TRUCKING, INCORPORATED; FRANKIE THACKER, as the Representative of the Estate of Charles Edward Thacker; TRIPLE E BROKERAGE, INCORPORATED; DARR EQUIPMENT COMPANY,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before BARKSDALE, DENNIS, and ELROD, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

JENNIFER WALKER ELROD, Circuit Judge, concurring.



**Certified as a true copy and issued as the mandate on Apr 25, 2018**

Attest:
*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**